THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWIN KENNEDY, Appellant.— Judgment of conviction of the County Court of Nassau county affirmed. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD LANG, Appellant.— Judgment of conviction by the County Court of Kings county affirmed. No opinion. Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE SILEO, Appellant.— Judgment of conviction by the County Court of Kings county and order denying motion for a new trial reversed upon the law, and a new trial ordered. We think the court erred in charging as a matter of law that the complaining witness was not an accomplice. Whether he was an accomplice or not depended upon whether there was a voluntary submission to the act on his part,* and this was a question of fact. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NANCY TROIANO, Appellant.— Order of the County Court of Westchester county affirming conviction of defendant in the Court of Special Sessions, village of Port Chester, of the crime of assault in the third degree, affirmed, pursuant to Code of Criminal Procedure, section 542; but this court, pursuant to Code of Criminal Procedure, section 543, reduces the sentence imposed upon defendant to a sentence of imprisonment in the county jail of Westchester county for a term of thirty days and a fine of fifty dollars. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur. Settle order on notice.

ALPHONSE RISOLO, as Administrator, etc., of ALBERT RISOLO, Deceased, Respondent, v. ADOLPH KOCH, Appellant.— Judgment and order reversed on the facts, and a new trial granted, costs to abide the event, on the ground that the findings of defendant's negligence and freedom from contributory negligence by plaintiff's intestate were against the weight of the evidence. Rich, Kelly and Jaycox, JJ., concur; Blackmar, P. J., and Young, J., concur upon the ground last stated only.